STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CLIFTON BRANDON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Arthur Penn* for the petitioner.

*Mr. Michael R. Imbriani* and *Mr. Raymond R. Trombadore* for the respondent.

December 16, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CHARLES LEROY BECKETT, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. Guy William Calissi* and *Mr. Richard F. Aronsohn* for the respondent.

December 16, 1969. Granted.